## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

■ 5th _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Guillermo Rodriguez    JOINT DEBTOR: _____    CASE NO.: 17-22545-JKO

SS#: xxx-xx- 9667    SS#: xxx-xx-_____

### I.    NOTICES

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

### II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.    $1,881.02 _____ for months  1  to  5  ;

2.    $2,448.96 _____ for months  6  to  10  ;

3.    $2,882.06 _____ for months  11  to  60  ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $3650.00 | Total Paid: | $1650.00 | Balance Due: | $2000.00 |
|---|---|---|---|---|---|

Payable    $200.00    /month (Months  1  to  10  )

Allowed fees under LR 2016-l(B)(2) are itemized below:
3500.00 + 150.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III.    TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1. Creditor: Ditech | | | | |
|---|---|---|---|---|
| Address: POB 0049 Palatine IL 60055-0049 | Arrearage/ Payoff on Petition Date | $41,823.30 | | |
| | Arrears Payment (Cure) | $466.67 | /month (Months  1  to  10  ) | |
| Last 4 Digits of Account No.:    3917 | Arrears Payment (Cure) | $743.13 | /month (Months  11  to  60  ) | |
| | Regular Payment (Maintain) | $863.35 | /month (Months  1  to  5  ) | |

Debtor(s): Guillermo Rodriguez                    Case number: 17-22545-JKO

| Regular Payment (Maintain) | $1,351.66 | /month (Months 6 to 60 ) |

Other: _____

☑ Real Property
  ☑ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☑ The debtor(s) will pay ☑ taxes ☑ insurance directly

Address of Collateral:
1007 SW112 Terr, Pembroke Pines FL 33025

☐ Personal Property/Vehicle
Description of Collateral: _____

---

2. Creditor: Heron Landing

Address: 4350 SW 59 Ave  Bldg A
Ft Lauderdale FL 33314

Last 4 Digits of Account No.:      0079

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | 4656.82 @ 10%=5937.00 | |
| Arrears Payment (Cure) | $10.00 | /month (Months 1 to 10 ) |
| Arrears Payment (Cure) | $116.74 | /month (Months 11 to 60 ) |
| Regular Payment (Maintain) | $160.00 | /month (Months 1 to 60 ) |

Other: _____

☐ Real Property
  ☑ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
1007 SW 112 Terr, Pembroke Pines FL 33025

☐ Personal Property/Vehicle
Description of Collateral: _____

---

3. Creditor: SLS

Address: 8742 Lucent Blvd #300
Littleton CO 80129

Last 4 Digits of Account No.:      3885

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $8,229.37 | |
| Payoff (Including 0% monthly interest) | $10.00 | /month (Months 1 to 10 ) |
| Payoff (Including 0% monthly interest) | $162.58 | /month (Months 11 to 60 ) |

Other: _____

☐ Real Property
  ☐ Principal Residence
  ☑ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
8742 Lucent Blvd #300, Littleton CO

☐ Personal Property/Vehicle
Description of Collateral: _____

---

**B. VALUATION OF COLLATERAL:** ☑ NONE

**C. LIEN AVOIDANCE** ☑ NONE

Debtor(s): Guillermo Rodriguez                    Case number: 17-22545-JKO

**D.  SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ NONE

**E.  DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

■ NONE

**IV.  TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

**A.  ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

**B.  INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: | $2,421.40 | Total Payment | $2,421.40 |
|---|---|---|---|
| Payable: | $10.00 | /month (Months  6  to 10 ) | |
| Payable: | $47.43 | /month (Months  11  to 60 ) | |

**C.  DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

**D.  OTHER:** ☐ NONE

1.  Name of Creditor: State of Florida-Department of Revenue

Payment Address:  Attn: Frederick F. Rudzik, Esq.
POB  66668, Tallahassee FL 34314-6668

Total Due:    $90.00

Payable    $18.00    /month (Months  6  to 10 )

Regular Payment (if applicable)    $0.00    /month (Months  ___ to ___ )

**V.  TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

**A.**  Pay    $38.52    /month (Months  11  to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.**  ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.  SEPARATELY CLASSIFIED:**    ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

**VII.  INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

■ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**VIII.  NON-STANDARD PLAN PROVISIONS** ☐ NONE

☐ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

The IRS claim is paid in full, priority and general unsecured claim as there are no other unsecured claims.

☐ Mortgage Modification Mediation

Debtor(s): Guillermo Rodriguez                    Case number: 17-22545-JKO

## PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | | Joint Debtor | |
|---|---|---|---|
| | Date | | Date |

Guillermo Rodriguez

Robert J. Bigge, Jr., Esq.          June 6, 2018
Attorney with permission to sign on          Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**